**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| Spirit Lake Tribe; Collette Brown; and Lois Leben,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Benson County, North Dakota; Benson County Board of Commissioners David Davison, John Lunde, Doris Griffin, Ron Stadum, and Michael Steffan, in their capacities as Benson County Commissioners; and Bonnie Erickson, in her capacity as the Benson County Auditor,<br><br>                    Defendants. | Case No. 3:22-cv-00161<br><br><br>**SECOND STIPULATION FOR EXTENSION OF DEADLINE TO ANSWER COMPLAINT** |

(1.)     According to the docket text for Doc. No. 30 – *Order Adopting Stipulation for Extension of Deadline to Answer Complaint*, the deadline for Defendants Benson County, North Dakota; Benson County Board of Commissioners David Davison, John Lunde, Doris Griffin, Ron Stadum, and Michael Steffan, in their capacities as Benson County Commissioners; and Bonnie Erickson, in her capacity as the Benson County Auditor ("Defendants") to answer or otherwise respond to the Complaint (Doc. No. 1) is February 17, 2023.

(2.)     The parties are in the midst of settlement negotiations that if successful will dispose of the claims in this case.  In order to allow the parties and their counsel to focus on their negotiations and finalizing a settlement, they agree to extend the deadline for Defendants to answer or otherwise respond to the Complaint (Doc. No. 1).

(3.)     All of the parties to this action, by and through their respective legal counsel, hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to the Complaint

an additional fourteen (14) days with the new deadline being March 3, 2023. The parties respectfully request the Court enter an order extending the deadline accordingly.

Dated this 14th day of February, 2023.

By: */s/ Michael Carter*
Michael Stephen Carter
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
303-447-8760
Email: carter@narf.org

David Newmann
Hogan Lovells US LLP
1735 Market Street
Ste 23rd Floor
Philadelphia, PA 19103
267-675-4610
Email: david.newmann@hoganlovells.com

Hilary Chandler Tompkins
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Email: hilary.tompkins@hoganlovells.com

Samantha Blencke Kelty
Native American Rights Fund
1514 P Street NW, Suite D
Washington, DC 20005
202-785-4166
Email: kelty@narf.org

Allison Neswood
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
505-228-8390
Email: neswood@narf.org

Brittany C. Armour
Hogan Lovells US LLP
1735 Market Street, FL 23
Philadelphia, PA 19103

267-938-7123
brittany.armour@hoganlovells.com

Matthew Lee Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
303-447-8760
mcampbell@narf.org

Attorneys for Plaintiffs

Dated this 14th day of February, 2023.

BAKKE GRINOLDS WIEDERHOLT

By: */s/ Bradley N. Wiederholt*
Bradley N. Wiederholt (#06354)
Grant T. Bakke (#09106)
David R. Phillips (#06116)
Special Assistant State's Attorneys for Benson County
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
bwiederholt@bgwattorneys.com
gbakke@bgwattorneys.com
dphillips@bgwattorneys.com

Attorneys for Defendants

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **SECOND STIPULATION FOR EXTENSION OF DEADLINE TO ANSWER COMPLAINT** was on the 14th day of February, 2023 filed electronically with the Clerk of Court through ECF:

Michael S. Carter (OK No. 31961)
Matthew Campbell (NM No. 138207, CO No. 40808)
Allison A. Neswood (ND No. 49846)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80301
carter@narf.org
mcampbell@narf.org

David Newmann (PA No. 82401)
HOGAN LOVELLS
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
david.newmann@hoganlovells.com

Hilary C. Tompkins (NM Bar No. 9152)
HOGAN LOVELLS
555 13th Street NW
Washington, D.C. 20004-1109
hilary.tompkins@hoganlovells.com

Samantha B. Kelty (AZ No. 024110, TX No. 24085074)
NATIVE AMERICAN RIGHTS FUND
1514 P Street NW, Suite D
Washington, D.C. 20005
kelty@narf.org

By: _/s/ Bradley N. Wiederholt_
        BRADLEY N. WIEDERHOLT

4