**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| Spirit Lake Tribe; Collette Brown; and Lois Leben, <br><br> Plaintiffs, <br><br> vs. <br><br> Benson County, North Dakota; Benson County Board of Commissioners David Davison, John Lunde, Doris Griffin, Ron Stadum, and Michael Steffan, in their capacities as Benson County Commissioners; and Bonnie Erickson, in her capacity as the Benson County Auditor, <br><br> Defendants. | Case No. 3:22-cv-00161 <br><br><br> **ASSENTED MOTION FOR ENTRY OF CONSENT DECREE** |

(1.)    Pursuant to a settlement agreement among the parties to this action, the parties respectfully request that the Court approve the proposed consent decree attached as Exhibit 1 hereto and enter it as an Order of this Court. Counsel for the parties in this action have approved this motion.

Dated this 15th day of March, 2023.

By: */s/ Michael Carter*
        Michael Stephen Carter
        Native American Rights Fund
        1506 Broadway
        Boulder, CO 80302
        303-447-8760
        Email: carter@narf.org

        David Newmann
        Hogan Lovells US LLP
        1735 Market Street
        Ste 23rd Floor
        Philadelphia, PA 19103
        267-675-4610
        Email: david.newmann@hoganlovells.com

Hilary Chandler Tompkins
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Email: hilary.tompkins@hoganlovells.com

Samantha Blencke Kelty
Native American Rights Fund
1514 P Street NW, Suite D
Washington, DC 20005
202-785-4166
Email: kelty@narf.org

Allison Neswood
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
505-228-8390
Email: neswood@narf.org

Brittany C. Armour
Hogan Lovells US LLP
1735 Market Street, FL 23
Philadelphia, PA 19103
267-938-7123
brittany.armour@hoganlovells.com

Matthew Lee Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
303-447-8760
mcampbell@narf.org

Bryan Sells
GA No. 635562
bryan@bryansellslaw.com
THE LAW OFFICE OF BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, GA 31107-0493
(404) 480-4212 (voice and fax)

Attorneys for Plaintiffs

2

Dated this 15th day of March, 2023.

BAKKE GRINOLDS WIEDERHOLT


By: /s/ Bradley N. Wiederholt
       Bradley N. Wiederholt (#06354)
       Grant T. Bakke (#09106)
       David R. Phillips (#06116)
       Special Assistant State's Attorneys for Benson County
       300 West Century Avenue
       P.O. Box 4247
       Bismarck, ND 58502-4247
       (701) 751-8188
       bwiederholt@bgwattorneys.com
       gbakke@bgwattorneys.com
       dphillips@bgwattorneys.com

       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ASSENTED MOTION FOR ENTRY OF CONSENT DECREE** was on the 15th day of March, 2023 filed electronically with the Clerk of Court through ECF:

Michael S. Carter (OK No. 31961)
Matthew Campbell (NM No. 138207, CO No. 40808)
Allison A. Neswood (ND No. 49846)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80301
carter@narf.org
mcampbell@narf.org

David Newmann (PA No. 82401)
Brittany C. Armour (PA No. 324455)
HOGAN LOVELLS
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
david.newmann@hoganlovells.com

Hilary C. Tompkins (NM Bar No. 9152)
HOGAN LOVELLS
555 13th Street NW
Washington, D.C. 20004-1109
hilary.tompkins@hoganlovells.com

Samantha B. Kelty (AZ No. 024110, TX No. 24085074)
NATIVE AMERICAN RIGHTS FUND
1514 P Street NW, Suite D
Washington, D.C. 20005
kelty@narf.org

Bryan Sells
GA No. 635562
bryan@bryansellslaw.com
THE LAW OFFICE OF BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, GA 31107-0493

By: _/s/ Bradley N. Wiederholt_
    BRADLEY N. WIEDERHOLT

4